# Court of Appeals
# of the State of Georgia

ATLANTA,  January 31, 2023

*The Court of Appeals hereby passes the following order:*

## A23D0215. CHAD MICHAEL BUBRICK v. JASMIN A. MARTINEZ-BUBRICK.

On December 6, 2022, the trial court entered an order continuing a twelve-month family violence protective order against Chad Michael Bubrick, and Bubrick thereafter filed this application for discretionary review.[1] We lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Bubrick filed his application in this Court on Friday, January 6, 2023, 31 days after the trial court entered its December 6 order. Accordingly, this application is untimely and is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  01/31/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*

---

[1] Bubrick's two prior applications, in which he sought review of earlier orders in this family violence action, were dismissed as untimely. See Cases No. A22D0356 (May 11, 2022); A23D0074 (Oct. 6, 2022).